IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 FEB -6  AM 10: 53

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3011 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | |
| REYES LOPEZ-CERVANTES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. ____), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Reyes Lopez-Cervantes.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. _____) is granted.

Dated this __6th__ day of February, 2009.

BY THE COURT:

_____
RICHARD G. KOPF
United States District Judge